IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER JAMES XIMENEZ,<br><br>Petitioner,<br><br>vs.<br><br>JAMES D. HARTLEY,[1] Warden, Avenal State Prison,<br><br>Respondent. | No. 2:08-cv-03056-JKS<br><br>ORDER<br>[Re: Motion at Docket No. 51] |

At Docket No. 51 Christopher James Ximenez filed an Application to Proceed Without Prepayment of Fees. At Docket No. 10, this Court previously granted Ximenez leave to proceed *in forma pauperis*. Accordingly,

**IT IS THEREFORE ORDERED THAT** the Application to Proceed Without Prepayment of Fees at Docket No. 51 is **DENIED** as moot.

Dated: October 12, 2011.

/s/ James K. Singleton, Jr.
JAMES K. SINGLETON, JR.
United States District Judge

---

[1] James D. Hartley, Warden, Avenal State Prison, is substituted for Derrell G. Adams, Warden, Mule Creek State Prison. Fed. R. Civ. P. 25(d).